Certificate Number: 05781-NJ-DE-039528979

Bankruptcy Case Number: 25-11772



05781-NJ-DE-039528979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2025, at 3:41 o'clock PM PDT, Melanie Chavez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 7, 2025                By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President