Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−11772−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melanie S Chavez−Parham
   4702 Meadowview Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7802

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 8, 2025.


Dated: July 8, 2025
JAN: mcp

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-11772-VFP

Melanie S Chavez-Parham  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Jul 08, 2025      Form ID: plncf13      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melanie S Chavez-Parham, 4702 Meadowview Avenue, North Bergen, NJ 07047-2956 |
| 520560673 | + | Drbank/Upst, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 520560674 | + | Hackensack Meridian Health Palisades Medical, 7600 River Rd, North Bergen, NJ 07047-6217 |
| 520560677 | ++ | LENDINGPOINT LLC, 1201 ROBERTS BLVD, STE 200, KENNESAW GA 30144-3612 address filed with court:, Lending Pt, 1701 Barrett Lake Blvd, Kennesaw, GA 30144 |
| 520560679 | + | Tab Bank/Nc, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 520560681 | + | Whitney S Chavez Parham & Rolando Chavez Zela, 4702 Meadowview Avenue, North Bergen, NJ 07047-2956 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520560668 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 08 2025 20:58:00 | Barclays Old Navy, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520560669 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 08 2025 20:58:00 | Brclyoldnavy, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 520560670 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 20:57:48 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520560671 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 21:08:48 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520560672 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 08 2025 20:59:00 | Deptednelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 520560675 | + | Email/Text: HUMCBankruptcy@hmhn.org | Jul 08 2025 20:58:00 | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520641049 | + | Email/Text: RASEBN@raslg.com | Jul 08 2025 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520560676 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2025 21:08:01 | Jpmcb Card, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520641452 | ^ | MEBN | Jul 08 2025 20:50:41 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520560678 | | Email/Text: camanagement@mtb.com | Jul 08 2025 20:58:00 | M & T Bank, Pob 767 8, Buffalo, NY 14240 |

| | | | |
|---|---|---|---|
| 520638842 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2025 20:56:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520624709 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 08 2025 20:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520560680 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 08 2025 20:58:00 | Toyota Mtr, 111 W 22nd St, Oakbrook, IL 60521 |
| 520575269 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 08 2025 20:59:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520584589 | ^ MEBN | Jul 08 2025 20:51:51 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Melanie S Chavez-Parham fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4