UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Melanie S. Chavez-Parham

Case No.: 25-11772

Judge: Vincent F Papalia

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Toyota Motor Credit Corp__, creditor,

   A hearing has been scheduled for __September 4, 2025__, at 10:00 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Payments totatling $1,333.01 were made as of 8/15/25 which should bring the account cuurent through July 2025.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 08/18/2025

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

3:47

generatedPDF    Done



Thursday, August 14, 2025

## Proof of Payment

### Payee details

| | |
|---|---|
| Payee name | TOYOTA FINANCIAL |
| Nickname | CLIFORD |
| Payee account number | |

### Customer details

| | |
|---|---|
| Name | CLIFORD FECU |
| Address | 4702 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047 |

### Payment details

| | |
|---|---|
| Biller name | TOYOTA FINANCIAL |
| Pay-to address | PO BOX 5855, CAROL STREAM, IL 60197 |
| | We determined the delivery method by matching the info our customer gave us to what we have on file. Based on this match, we sent your payment electronically. |
| Delivery method | 1 business day electronic |
| Amount | $365.00 |
| Sent on | 07/30/2025 |
| Processed on | 07/31/2025 |
| Transaction ID | :482 |

 **Need help?**

| | |
|---|---|
| To our billers | Please note the date the customer sent the payment and the date we processed it. If you received the payment after the processed date, factors beyond the customer's control (e.g., mail processing if you received the payment by U.S. Mail) may have caused the delay. |
| To our customers | Please contact your biller directly for any issues with this payment, using this proof of payment for reference. You can also contact us if you have any questions about this payment. |

4:54

.ıll 5G

## Confirmation

# You scheduled a payment

Amount you'll pay to Cliford (... ))

# $525.85

Deliver by Aug 15, 2025

| | |
|---|---|
| Payee name: | TOYOTA FINANCIAL |
| Status: | Funded |
| Transaction number: |  453 |
| Pay from: | TOTAL CHECKING (...: ') |

### Personalize your payment experience

$ Set up automatic payments  >

Enroll with eBills to pay and manage your bills in one place.  >

To cancel or manage this payment, go to Payment activity before 8 PM ET on Aug 14, 2025.

**Pay another bill**

Close

10:28

Confirmation

# You scheduled a payment

Amount you'll pay to Cliford (.. 

## $442.16

Deliver by Aug 18, 2025

| | |
|---|---|
| Payee name: | TOYOTA FINANCIAL |
| Status: | Funded |
| Transaction number: | 637 |
| Pay from: | TOTAL CHECKING (.. |

### Personalize your payment experience

Set up automatic payments  >

Enroll with eBills to pay and manage your bills in one place.  >

To cancel or manage this payment, go to Payment activity before 8 PM ET on Aug 15, 2025.

**Pay another bill**

Close