| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>PH (201) 533-1100<br>Email: NickFitz.Law@gmail.com | Case No.: 25-11772<br>Chapter: 13 |
| In Re:<br><br>Melanie S. Chavez-Parhan | Adv. No.:<br>Hearing Date:<br>Judge: PAPALIA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Melanie S. Chavez-Parham__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 18, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Amendment of Schedules E/F

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 18, 2025

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Melanie S Chavez-Parham<br>4702 Meadowview Avenue<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack Meridian Medical Group<br>PO Box95000-4535<br>Philadelphia, PA 19195-4535 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack Pathology Assoc LLC<br>5700 Southwyck Blvd<br>Toledo, OH 43614-1509 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |