UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

    Melaine S. Chavez-Parham

Case No.: _____ 25-11772 _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____

Judge: _____ PAPALIA _____

## CERTIFICATION OF SERVICE

1. I, _____ Nadia Loftin _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____ Nicholas Fitzgerald, Esq. _____, who represents
   _____ Melanie S. Chavez-Parham _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ August 19, 2025 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

       Order Respecting Amendment to Schedule E/F

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ August 19, 2025 _____

                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Melanie S Chavez-Parham<br>4702 Meadowview Avenue<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack Meridian Medical Group<br>PO Box95000-4535<br>Philadelphia, PA 19195-4535 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack Pathology Assoc LLC<br>5700 Southwyck Blvd<br>Toledo, OH 43614-1509 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |