UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Melanie S. Chavez-Parham

                        Debtor.

**Order Filed on August 22, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 13

Case No.: 25-11772-VFP

Hearing Date: September 4, 2025

Judge Vincent F. Papalia

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 22, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:          Melanie S. Chavez-Parham
Case No.:        25-11772-VFP
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief From the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas the underlying loan is current as of August 21, 2025, and whereas the Debtor and Creditor seek to resolve the Motion, it is **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2019 Toyota C-HR, VIN: NMTKHMBX3KR083831** provided that the Debtor complies with the following:

    a.  The Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the **August 28, 2025** payment.

2.      All payments due hereunder shall be sent directly to the Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00, respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


<u>/s/ Nicholas Fitzgerald</u>

Nicholas Fitzgerald, Esq.

Fitzgerald & Associates

649 Newark Avenue

Jersey City, NJ 07306

*Counsel to Debtor*

<u>/s/Gavin N. Stewart</u>

Gavin N. Stewart, Esq.

Stewart Legal Group, P.L.

401 East Jackson Street, Suite 2340

Tampa, FL 33602

*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-11772-VFP

Melanie S Chavez-Parham                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                              Page 1 of 1

Date Rcvd: Aug 25, 2025                       Form ID: pdf903                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

**Recip ID               Recipient Name and Address**
db                   +  Melanie S Chavez-Parham, 4702 Meadowview Avenue, North Bergen, NJ 07047-2956

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Melanie S Chavez-Parham fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5